■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES WOLVEN, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Dutchess County, imposed September 2, 1976. Appeal dismissed as academic. The defendant has already fully served his sentence. Lazer, J. P., Mangano, Gibbons and Rabin, JJ., concur.